## PENTAIR WATER POOL AND SPA, INC., Appellant

v.

## HAYWARD INDUSTRIES, INC., Appellee.

No. 2015–1809.

United States Court of Appeals, Federal Circuit.

March 14, 2016.

Mark Boland, Sughrue Mion, PLLC, Washington, DC, argued for appellant. Also represented by Raja N. Saliba, Grant Simon Shackelford.

Mark Nikolsky, McCarter & English, LLP, Newark, NJ, argued for appellee. Also represented by Scott S. Christie, Steven Halpern, Timothy Patrick Homlish, Matthew Adam Sklar, Elina Slavin.

LOURIE, BRYSON, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**